IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

YAJAIRA JULISSA RIOS,                          *

                     Petitioner,        *

v.                                             Case No. 4:26-cv-770 (CDL-ALS)

                                  *

WARDEN STEWART DETENTION CENTER,
et al.,                                        *

                Respondents.        *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated June 17, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of June, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk